# EXHIBIT B

**From:** Tom Igoe
**Subject:** Re: Fwd: Re: [Team] Arduino royalty model
**Date:** December 13, 2007 at 3:22 PM
**To:** Gianluca Martino
**Cc:** team@arduino.cc

I don't think there's need to define the categories so precisely. I'd say it's more along the lines David defined earlier. I'm making uop values here, feel free to argue other numbers:

Use of the name Arduino on a piece of hardware:           ▇% of sales price
Discount for use of the name if you designed the board:     ▇% of sales price
If you designed the board and someone else manufactures it, you get:
▇% of sales price
Sales price from a distributor is not to exceed  X% of distributor's cost per unit

I don't think we can charge people for the use of the name in a workshop unless they want support from us.  For example, there are probably half a dozen organizations and clubs and schools here in NYC that run Arduino workshops, and would just switch hardware if we charged them.  No other product charges them for the name in a workshop.

Tom

On Dec 13, 2007, at 3:09 PM, Gianluca Martino wrote:

> Hi Guys,
>
>     I think It is time to define the fees.
>
> Should the categories be these?
> Use of name Arduino on a base board          x,xx USD
> Use of name Arduino on a wireless board y,yy USD
> Use of name Arduino on a bare PCB           z,zz USD
> Use of name Arduino in a Workshop           w.ww USD
>
>
> Or You would like to define the price/model?
> Arduino NG              x,xx USD
> Arduino Diecimila       x,xx USD
> Arduino BT              x,xx USD
> Lilypad Arduino    x,xx USD
> Bare Bone Arduino       x,xx USD
> Spark Fun Arduino       x,xx USD
> Arduino Mini       x,xx USD
> Arduino USB Ext    x,xx USD
> Arduino BT EXt     x,xx USD
> Arduino Power Ext       x,xx USD
> Freeduino          x,xx USD
> ASDF PCB                x,xx USD
> Xbee Shield        x,xx USD
> etc etc
>
>
> Please define this number soon, I've to redefine the price list to make an agreement with distributors to avoid to be put in outside.
>
> Ciao
>
>     Gianluca
>
>> X-IronPort-Anti-Spam-Filtered: true
>> X-IronPort-Anti-Spam-Result: AgAAADL8XkdKNXIRZ2dsb2JhbACPagoFBgIHIA
>> X-IronPort-AV: E=Sophos;i="4.24,155,1196636400";
>>   d="scan'208";a="453148256"
>> Date: Wed, 12 Dec 2007 00:14:51 -0500
>> From: Paul Badger
>> To: Daniel Jolliffe

To: Daniel Jolliffe <daniel@danieljolliffe.ca>
Cc: Brian Riley <██████████████████ team@arduino.cc,
    Tony Kim ██████████████
Subject: Re: [Team] Arduino royalty model
X-BeenThere: team@arduino.cc
X-Mailman-Version: 2.1.9.cp2
List-Id: <team_arduino.cc.arduino.cc>
List-Unsubscribe: < http://mail.arduino.cc/mailman/listinfo/team_arduino.cc>,
    < mailto:team-request@arduino.cc?subject=unsubscribe>
List-Archive: < http://mail.arduino.cc/mailman/private/team_arduino.cc>
List-Post: < mailto:team@arduino.cc>
List-Help: < mailto:team-request@arduino.cc?subject=help>
List-Subscribe: < http://mail.arduino.cc/mailman/listinfo/team_arduino.cc>,
    < mailto:team-request@arduino.cc?subject=subscribe>
Sender: team-bounces@arduino.cc
X-AntiAbuse: This header was added to track abuse, please include it with any abuse report
X-AntiAbuse: Primary Hostname - rhodope.site5.com
X-AntiAbuse: Original Domain - libero.it
X-AntiAbuse: Originator/Caller UID/GID - [47 12] / [47 12]
X-AntiAbuse: Sender Address Domain - arduino.cc
X-Antivirus: avast! (VPS 071211-0, 11/12/2007), Inbound message
X-Antivirus-Status: Clean

I see the per piece license fee as being more viable. It is going to be something of an honor system but I think that having the whole financial system public would tend to encourage manufacturers to play it straight, and for users to buy from people who are contributing to the system. It will all a bit of an experiment, but so the whole idea of open-source hardware is anyway. I think a little nagging could go a long way here, along with a public and transparent explanation and accounting of the whole system.

Manufacturers should be encouraged to pay the fee at the time they burn the boards, and to amortize the fee into their downstream prices.

Another idea I would like to throw out is the idea of compensating people (maybe in hardware) who contribute in major ways, to the project. This might be done in an way that it turns out to be more of an honor/award type of thing instead of any kind of real motivator - such as the way the X-prize worked.

Paul

> I like all these ideas except for the Freeduino conditions.
>
> Freeduino is already released free and without restriction, so we can't apply any to it at this point.
> Anyone can make it royalty-free, so if Gianluca wants to make it for example, more power to him!
>
> D
>
> On Dec 11, 2007, at 8:17 PM, Tony Kim wrote:
>
>> Some ideas:
>>
>> 1) Use the Arduino licensing model for using the name on official

> > and supported products, derivatives... without any legal or moral
> > implications to the original Arduino Team (i.e. Arduino by xyz,
> > meaning that xyz manufactured the product and xyz is responsible
> > for it).
> > 2) Use the Freeduino name for products that the team and community
> > produce for helping others, sponsored, either for free or charging
> > a small price for covering the costs, labor, etc.
> > 3) Licensing model per-unit is going to be very difficult to
> > implement, audit, etc.  We should create some sort of licensing
> > model that starts at a pre-determined amount for 1st year (payable
> > once, twice or 4 times a year) based on current Arduino product
> > market size, etc... then each year it is recalculated based on some
> > estimation that the whole licensees and the Arduino Team calculate.
> >
> > It is funny, but it looks like the Arduino name will end up being
> > used (licensed) by the "manufacturers" community and the Freeduino
> > name used by the Arduino Team, which is now a Foundation.
> >
> > These are just basic ideas that came to my mind, but I consider
> > them valid as a starting point.
> >
> > Best Regards
> >
> > Tony
> >
> > ----- Original Message ----
> > From: Daniel Jolliffe
> > To: Tom Igoe <
> > Cc: Paul Badger <                         David A. Mellis
> >                         team@arduino.cc; Kim Tony
> >
> > Sent: Tuesday, December 11, 2007 10:36:41 PM
> > Subject: Re: [Team] Arduino royalty model
> >
> >
> > What if Tony, Paul and I drew up some sort of licensing proposal for
> > the team to look at, would that be helpful to the process?
> > It would probably help us to clarify what we want from the process,
> > what we're willing to pay, what we'd expect etc, and it would serve
> > as a discussion document for the formal team to consider the
> > posiibilities.
> >
> > D
> >
> >
> > On Dec 11, 2007, at 7:24 PM, Tom Igoe wrote:
> >
> > > Agreed with everything David says.  So far, all sounds good.
> > >
> > > t.
> > >
> > >
> > > On Dec 11, 2007, at 7:01 PM, paul badger wrote:
> > >
> > > > David,
> > > >
> > > > This all seems promising.
> > > >
> > > > Paul
> > > >
> > > > _____
> > > > Team mailing list
> > > > Team@arduino.cc
> > > > http://mail.arduino.cc/mailman/listinfo/team_arduino.cc

_____
Team mailing list
Team@arduino.cc

> http://mail.arduino.cc/mailman/listinfo/team_arduino.cc

_____
Team mailing list
Team@arduino.cc
http://mail.arduino.cc/mailman/listinfo/team_arduino.cc


_____
Team mailing list
Team@arduino.cc
http://mail.arduino.cc/mailman/listinfo/team_arduino.cc