# EXHIBIT D

**From:** Gianluca Martino ▮▮▮▮▮▮▮▮▮▮
**Subject:** [Team] invoicing
**Date:** December 12, 2007 at 6:02 AM
**To:** team@arduino.cc

Hi Guys,

   the invoicing could start. Please correct my typing errors. I need they are time displaced, If my proposal dates are not suitable for You, make an agreement between You and cross the dates

Please invoice following this plan:

David C:
▮▮▮ Euro "consultancy for vending machines - external peripherals bus: reverse engineering and sw library development" date 10th-12-2007

David M:
▮▮▮ Euro "consultancy for vending machines - chip card: reverse engineering and coding algorithm library development" date 14th-12-2007

Tom Igoe:
▮▮▮ Euro "consultancy for vending machines - chip card: Application SW development" date 19th-12-2007

Massimo B:
▮▮▮ Euro: let's agree in different mails to sum also Artemide ecc

Gianluca M: I'll keep this money for my company to cover some extra expenses I'm having.

Invoice to:
Smart Projects snc
Via Siccardi, 12
10034 Chivasso Italy
VAT ▮▮▮▮▮▮▮▮▮▮

_____
Team mailing list
Team@arduino.cc
http://mail.arduino.cc/mailman/listinfo/team_arduino.cc

**From:** **Gianluca Martino** ▮
**Subject:** [Team] invoices
**Date:** October 3, 2007 at 10:58 AM
**To:** team@arduino.cc

Hi guys,

    in order to avoid a unique huge bank transfer, I suggest to make a first division of some money.
We have on the Arduino Account about ▮ Euro, I propose to make a ▮ Euro transfer to each one of us.
Let's make an invoice for a consulting about Arduino support/development, It cannot be too much generic. Specify in the invoice the bank account including swift code otherwise it is not possible to make the transfer.

Smart Projects snc
Via Siccardi, 12
10034 Chivasso (TO) Italy
VAT ▮

As soon as I'm a little less busy, We have to discuss about 2 things:
1- Smart Projects Incoming: cause of volume of invoicing, money management and money risk, Smart Projects need to make a little higher margin (1 euro/board) to maintain the Arduino production a not in balance activity.
2- Next production lot dimension, at the end of October it will be necessary to plan components/PCB arriving.

Ciao

    Gianluca

_____
Team mailing list
Team@arduino.cc
http://mail.arduino.cc/mailman/listinfo/team_arduino.cc