# EXHIBIT F

**From:** **Gianluca Martino**
**Subject:** [Team] start of communications
**Date:** November 9, 2008 at 7:04 AM
**To:** team@arduino.cc



Ciao Ragazzi (guys)!

In these days I'm having some free speechs with some of You and I would like to extend them to everybody. This is a start, You know I cannot be the master the conversation...

First: Why no one is helping Tom with the 328? ;-)  (north west Italian humor)

Stop joking, ok.

HW side:
- You know I'm planning the 2009-beginning 2010 Arduino Duemilanove production, I will produce ▮ boards, this huge order helped me to have the 328 at the same price of the 168, so the end customers will not be charged. At the end we had 2 main improvements (auto power select and 328) for free
- The USD is stronger than 6 months ago, but I made a little discount to distributors so they will not perceive this too much
- Roadmap: We have some boards in the drawer (Aduino Mega - Eth shield with or w/o SD card)  and some idea to explore (Arduino Embedded, Xbee nodes)

Royalty model:
- Smart Projects is the main manufacturer and It is playing also a role (via Tinker.it) in the Arduino LLC on the develop and decision making. Smart Projects is paying a 10% royalty on the sold units asking back for the develop expenses. Some other manufacturers should object to this, but they are paying a lower royalty. On the other hand, I need to have the 'first choice' and to know where we are going in order to be on the market both for me and both for the distributor chain. I obviously would not to change this situation, but If You think in a different way, You know I'm 1 on 5, so don't worry about proposing something different.
- Royalty transfer: You know I asked Sparkfun, Ladyada, Tinker.it, and some others, to pay my royalty on the parts bought from me in order to avoid a big cash flow from Italy to USA. I think this model is working, let me know if any problem (more or less is 1 year this was set up)

Arduino LLC:
- Money (You know I'm Italian, this was the first in the list but I added some other points before ;-)): How we will manage the money? We have to decide this before the end of the Year I think (to avoid end of the Year taxation). I would avoid to put numbers and points. Just start. I think something (xx%) should be donated to some no profit humanitarian organizations (I choose Save The Children for Smart Projects), something should be stored for company needing and accountancy (yy%), something for technological help to schools/organizations (free material and so on, zz%), something should be allocated to each one of us for develop-support-management-job ww/month?) and the missing part should be divided from each one of us.

I forgot something for sure, please add your points and once we will have a list, let's start discuss It, better if during a week in Mexico ;-)

Ciao

    Gianluca


_____
Team mailing list
Team@arduino.cc
http://arduino.cc/mailman/listinfo/team_arduino.cc

**From: Alexandra Deschamps-Sonsino**
**Subject:** Arduino royalities
**Date:** March 30, 2009 at 10:24 AM
**To:** David Mellis
**Cc:** Massimo Banzi, Gianluca Martino

Hi David,

I was told to send you our banking information for the Arduino royalities for Massimo and Gianluca.

Tinker.it Limited
HSBC
25 Islington High Street
N1 9LJ London UK
Swift BIC code:
IBAN:

Please let me know if you need an official invoice,

A

Alexandra Deschamps-Sonsino
Tinker.it!
CEO & Co-Founder

+44 (0) 7768 462 125
----------------------------------------

http://www.tinker.it
http://www.tinker.it/now

