# EXHIBIT G

**From:** **Gianluca Martino** <span style="background-color:black"></span>
**Subject:** Re: invoice January
**Date:** March 11, 2010 at 2:03 AM
**To:** David A. Mellis <span style="background-color:black"></span>

Hi David!

Could you please speed up the invoicing process?
I would like to pay one of them immediately so we would avoid to have a big  debit to cover...

Thank you

    Gianluca

At 16:28 05/03/2010, you wrote:

**From:** David A. Mellis
**Subject:** Re: invoice January
**Date:** March 11, 2010 at 3:15 PM
**To:** Gianluca Martino

Here's the other one.

On Mon, Mar 1, 2010 at 12:34 PM, Gianluca Martino wrote:

**Arduino, LLC**
c/o David A. Mellis
28 Marney St., #2
Cambridge, MA 02141
USA

**Invoice:** 0027

**Date:** 11 March 2010

**Bill To:**

Smart Projects snc
Via Siccardi, 12
10034 Chivasso Italy
VAT:

**Service**
Investigation of slow web server performance
Compression of forum CSS
Migration to dedicated server
Upgrading blog to Wordpress 2.9
Improving Apache error messages

Total                    euro