# EXHIBIT H



# ARDUINO

| | |
|---|---|
| **Reg. No. 3,931,675** | ARDUINO, LLC (MASSACHUSETTS LIMITED LIABILITY COMPANY) |
| **Registered Mar. 15, 2011** | 28 MARNEY STREET, #2<br>CAMBRIDGE, MA 02141 |
| **Int. Cl.: 9** | FOR: ELECTRONIC CIRCUIT BOARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38). |
| **TRADEMARK** | FIRST USE 9-21-2005; IN COMMERCE 10-15-2005. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SN 77-708,806, FILED 4-7-2009. |
| | HEATHER THOMPSON, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office