# EXHIBIT I

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,113,794**  
**Registered Mar. 20, 2012**  
**Int. Cl.: 9**  

**TRADEMARK**  
**PRINCIPAL REGISTER**

ARDUINO, LLC (MASSACHUSETTS LIMITED LIABILITY COMPANY)  
28 MARNEY STREET, #2  
CAMBRIDGE, MA 02141  

FOR: COMPUTER HARDWARE; COMPUTER PROGRAMS FOR DEVELOPING, DEBUGGING AND TESTING SOFTWARE FOR MICROCONTROLLER PROGRAMMING; COMPUTER HARDWARE SUBASSEMBLIES FOR ASSEMBLING CUSTOM ELECTRICAL AND ELECTRONIC DEVICES; MICROCONTROLLERS AND MICROCONTROLLER MODULES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-26-2010; IN COMMERCE 9-26-2010.

THE MARK CONSISTS OF THE WORD "ARDUINO" IN STYLIZED LETTERING ABOVE WHICH IS THE INFINITY SYMBOL WITH A MINUS SYMBOL WITHIN THE LEFT CIRCLE AND A PLUS SYMBOL WITHIN THE RIGHT CIRCLE.

SER. NO. 85-144,567, FILED 10-4-2010.

ANDREW LEASER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office