Civil Action No.: **1:15-CV-10181-DJC**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____GHEO SA_____

was received by me on (date) _____.

☐ I personally served the summons on the individual at (place) _____
_____on (date) _____; or

☐ I left the summons at the individuals residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other (specify):  On March 2, 2015, I served the Summons and Complaint by emailing a copy of each to Michael Boudett of Foley Hoag, LLP, who stated that he would accept service on behalf of this defendant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

_____3/2/15_____  
Date

_____  
Server's Signature  
John L. Welch, Esq.  
*Printed name and title*  
Lando & Anastasi, LLP  
One Main Street, 11th Floor  
Cambridge, MA  02142  
*Server's Address*

Additional information regarding attempted service, etc: