UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
ARDUINO, LLC,                          )
                                       )
                                       )
         Plaintiff,                    )
                                       )
                                       )   Civil Action No. 1:15-cv-10181
    v.                                 )
                                       )
ARDUINO S.R.L. f/k/a SMART PROJECTS    )
S.R.L.; GHEO SA; CC LOGISTICS, LLC;    )
MAGYC NOW LTD; DOG HUNTER INC.;        )
DOG HUNTER LLC; DOG HUNTER AG;         )
TULYP HOLDING SA;                      )
GIANLUCA MARTINO; FEDERICO MUSTO;      )
and DOES 1-10.,                        )
                                       )
         Defendants.                   )
_____ )

## GHEO SA, CC LOGISTICS LLC, DOG HUNTER LLC AND FEDERICO MUSTO'S ASSENTED-TO MOTION TO CONTINUE DATE FOR SCHEDULING CONFERENCE

Defendants Gheo SA ("Gheo"), CC Logistics LLC ("CC Logistics"), Dog Hunter LLC ("Dog Hunter") and Federico Musto ("Musto") (collectively, "moving Defendants") hereby respectfully file this assented-to motion to continue the date for the scheduling conference, currently scheduled for July 13, 2015, to July 20, 2015, and to accordingly continue to the deadlines for the parties to comply with the requirements of Local Rule 16.1 (b),(c) and (d) as directed in the Court's Notice of Scheduling Conference issued on June 2, 2015. In support of this motion, moving Defendants state as follows:

Counsel for moving Defendants, Michael Boudett, will be out of state for the entire week of July 13, 2015 and therefore will be unable to attend the scheduling conference presently set

for July 13, 2015.  Mr. Boudett has conferred with counsel for plaintiff, Martin Schwimmer, and Mr. Schwimmer has assented to a continuance of the date for the scheduling conference.  Both parties are available for a rescheduled conference on Monday, July 20, 2015.

This motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendants Gheo SA, CC Logistics, Dog Hunter and Musto respectfully request that the scheduling conference currently set for July 13, 2015 be continued to July 20, 2015, and that the deadlines for compliance with the requirements of Local Rule 16.1 also be continued accordingly.

Respectfully submitted,

GHEO SA,
CC LOGISTICS LLC,
DOG HUNTER LLC, and
FEDERICO MUSTO

By their attorneys,

/s/ Michael Boudett
Michael P. Boudett, BBO No. 558757
Shrutih Ramlochan-Tewarie, BBO No. 685467
Nicole Kinsley, BBO No. 682528
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
mboudett@foleyhoag.com
nkinsley@foleyhoag.com
stewarie@foleyhoag.com

June 4, 2015.

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1 (a) (2), the undersigned counsel for Defendants Gheo SA, CC Logistics, Dog Hunter LLC and Federico Musto, hereby certifies that he conferred with the counsel for the Plaintiff and Plaintiff assents to the relief requested herein.

Signed this 4th day of June, 2015,

                                            /s/ Michael Boudett_____
                                             Michael Boudett

## **Certificate of Service**

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 4th day of June, 2015.

                                            /s/ Shrutih Ramlochan-Tewarie
                                            Shrutih Ramlochan-Tewarie