IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ARDUINO, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>       Defendants. | CIVIL ACTION NO. 1:15-CV-10181-DJC |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that pursuant to Local Rule 83.5.2(e), the undersigned attorney, John L. Welch, counsel for Plaintiff in this action, hereby gives notice that his firm affiliation, office address and telephone number have changed to the address and number referenced below.  These changes are effective immediately.

Dated:  July 1, 2015

Respectfully submitted,

ARDUINO, LLC
By its counsel,

*/s/ John L. Welch*

John L. Welch, BBO # 522040
jwelch@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel:  (617) 646-8000
Fax: (617) 646-8646

-2-

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of the electronic filing.


*/s/ John L. Welch*
John L. Welch

4111038