

ROGATORIE INTERNAZIONALI
TRIBUNALE DI APPELLO

2 3 GIU. 2015

Esibito No. 459/2015


98.40.286887.00418997

Tribunale d'appello
Rogatorie internazionali
Casella Postale
6901 Lugano

# Tracciamento degli invii Business

### Informazioni sull'invio

**Numero dell'invio:** 98.03.010668.00004067
Prestazioni di base: Atto giudiziale
Prestazioni -
Annotazione:

ROG. 459 / 15

Indirizzo del destinatario: Gianluca Martino
Via Balbio 24E
6834 Morbio Inferiore

### Attestazione di ricevuta

Ho ricevuto gli invii ed i contenuti ivi menzionati (vedi sopra, sotto "annotazione"):

1a firma

Data firma:
19.06.2015, 08:14:22
Destinatario:
Martino Gianluca
Relazione:
Destinatario in persona

### Eventi invio

| Data | | Ora | Evento | Elaborato da |
|---|---|---|---|---|
| mar | 16.06.2015 | 18:06 | Impostazione | 6900 Lugano 1 |
| mer | 17.06.2015 | 06:52 | Arrivo al punto di ritiro/ufficio di recapito | 6850 Mendrisio Distribuzione |
| mer | 17.06.2015 | 09:11 | Invio annunciato dal mittente (dati trasmessi) | 3000 Bern |
| mer | 17.06.2015 | 09:30 | Avvisato per il ritiro Scadenza al 24.06.2015 | 6850 Mendrisio Distribuzione |
| gio | 18.06.2015 | 07:25 | Arrivo al punto di ritiro/ufficio di recapito | 6834 Morbio Inferiore |
| ven | 19.06.2015 | 08:14 | Recapitato allo sportello | 6834 Morbio Inferiore |

Numero dell'invio: 98.03.010668.00004067, Data emissione: 20.06.2015    1/1

| Attestation | CERTIFICATE | Zustellungszeugnis | Attestazione |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

1. que la demande a été exécutée[1]        THAT THE DOCUMENT HAS BEEN SERVED[1]
    dass das Ersuchen erledigt worden ist[1]    che la domanda è stata eseguita[1]
    - le (date) - THE (DATE) - am (Datum) - il (data)   **19.06.2015**
    - à (localité, rue, numéro) - AT (PLACE, STREET, NUMBER)  **6834 Morbio Inferiore, Via Balbio 24E**
    - in (Ort, Strasse, Nummer) - a (località, via, numero)
    - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
    - in einer der folgenden Formen nach Artikel 5:    - in una delle seguenti forme previste dall'articolo 5:

a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
    - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
    - in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].
    - secondo le forme di legge (art. 5 comma 1 lett. a)[1].

b) - ~~selon la forme particulière suivante[1]:~~
    - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
    - in der folgenden besonderen Form[1]:
    - secondo la forma particolare seguente[1]:

c) - ~~par remise simple[1].~~
    - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
    - durch einfache Übergabe[1].
    - mediante semplice consegna[1].

Les documents mentionnés dans la demande ont été remis à:
THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:
I documenti di cui alla domanda sono stati consegnati a:

- (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF    **Gianluca Martino**
- (Name und Stellung der Person):   - (identità e qualità della persona):
- liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
- RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
- Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:
- rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. ~~que la demande n'a pas été exécutée, en raison des faits suivants[1]:~~
    THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
    dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:
    che la domanda non è stata eseguita, per i seguenti motivi[1]:

~~Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].~~
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

Annexes:  ANNEXES:   Beilagen:   Allegati:
Pièces renvoyées:   DOCUMENTS RETURNED:   **I vostri atti**
Zurückgesandte Schriftstücke:   Atti restituiti:

Le cas échéant, les documents justificatifs de l'exécution:   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
Gegebenenfalls Erledigungsstücke:   Se del caso, gli atti che ne comprovano l'esecuzione:
**Lettera 02.07.2015**
**Copia attestazione di ricevuta**

Fait à / le        DONE AT / THE    Signature et/ou cachet
Ausgefertigt in / am   Fatto a / il    SIGNATURE AND/OR STAMP
**Lugano, 02.07.2015**        Unterschrift und/oder Stempel
                Firma e/o timbro

1) Rayer les mentions inutiles   DELETE IF INAPPROPRIATE   Unzutreffendes streichen   Cancellare le annotazioni inutili

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Martin Schwimmer, Esq.<br>Attorney at Law<br>Leason Ellis LLP<br>One Barker Ave, Fifth Floor<br>White Plains, NY 10601<br>USA<br><br>Phone: +1 914-821-8011<br>Fax: +1 914-288-0023<br>Email: schwimmer@leasonellis.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Tribunale di appello<br>Rogatorie internazionali<br>Via Pretorio 16<br>6901 Lugano<br>Switzerland<br><br>Phone: +41 91 815 5471<br>Fax: +41 91 815 56 02<br>Email: di-ta.rogatorie@ti.ch |
|---|---|

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

(identity and address)
(identité et adresse)
Gianluca Martino
Via Balbio 24/E
6834 Morbio Inferiore
Switzerland

☒ a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a)*

☐ b) in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)*:
selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :

☐ c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*
le cas échéant, par remise simple (article 5, alinéa 2)*

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Summons
- First Amended Complaint (with Exhibits)

\* if appropriate / s'il y a lieu

| Done at / Fait à White Plains, NY (USA),<br>The / le 10 Day of June, 2015 | Signature and/or stamp<br>Signature et / ou cachet<br><br>*Martin Schwimmer, Esq.*<br>*Attorney*<br>MARTIN SCHWIMMER |
|---|---|

Permanent Bureau September 2011

ROGATORIE INTERNAZIONALI
TRIBUNALE DI APPELLO

1 5 GIU. 2015

Esibito No. 459/2015

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ 1. that the document has been served*
    que la demande a été exécutée*

| | |
|---|---|
| − the (date) / le (date): | ———— |
| − at (place, street, number):<br>à (localité, rue, numéro) : | ———— |

| − In one of the following methods authorised by Article 5:<br>dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) | in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ b) | in accordance with the following particular method*:<br>selon la forme particulière suivante* :<br>———— |
| ☐ c) | by delivery to the addressee, if he accepts it voluntarily*<br>par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | ———— |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | ———— |

☐ 2. that the document has not been served, by reason of the following facts*:
    que la demande n'a pas été exécutée, en raison des faits suivants* :

| |
|---|
| ———— |

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes* / Annexes

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | ———— |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | ———— |

* if appropriate / s'il y a lieu

| Done at / Fait à ————,<br><br>The / le ———— | Signature and/or stamp<br>Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Gianluca Martino
Via Balbio 24/E
6834 Morbio Inferiore
Switzerland

### IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Jeanette McGlamery
Moakley United States Courthouse
1 Courthouse Way, Ste. 2300
Boston, MA 02210
USA

Phone: +1 617-748-9559
E-mail: jeanette_mcglamery@mad.uscourts.gov

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Martin Schwimmer, Esq.<br>Attorney at Law<br>Leason Ellis LLP<br>One Barker Ave, Fifth Floor<br>White Plains, NY 10601<br>USA<br><br>Phone: +1 914-821-8011<br>Fax: +1 914-288-0023<br>Email: schwimmer@leasonellis.com |
| **Particulars of the parties\*:**<br>Identité des parties* : | Plaintiff:<br>Arduino, LLC<br>72 Oak Street, #4<br>Somerville, MA 02143<br><br>Defendants:<br>Arduino S.r.l. f/k/a Smart Projects S.r.l., Gianluca Martino, Gheo SA, CC Logistics LLC, Magyc Now Ltd., Dog Hunter Inc., Dog Hunter LLC, Dog Hunter AG, Tulyp Holding SA, Federico Musto |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
   ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | The First Amended Complaint attached hereto has been filed with the United States District Court, District of Massachusetts and this document initiates a lawsuit against the named Defendants including Arduino S.r.l. |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | The First Amended Complaint attached hereto alleges causes of action arising out of copyright infringement, trademark infringement, unfair competition, breach of fiduciary duty, and breach of contract, all arising under United States federal law and/or Massachusetts' state law. Further, the Complaint seeks a declaration of ownership of the ARDUINO trademark worldwide. |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | This case is pending in the United States District Court for the District of Massachusetts and has been assigned Docket Number 1:15-cv-10181-DJC. An Answer to the First Amended Complaint must be filed within 21 days from the date of service, unless an extension is sought and granted. |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | N/A |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
   ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | ____ |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | ____ |

\*\* if appropriate / s'il y a lieu

Permanent Bureau September 2011