IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARDUINO, LLC,<br><br>*Plaintiff*,<br><br>-v-<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>*Defendants*. | Civil Action No.: 1-15-cv-10181 |

**PLAINTIFF'S MOTION FOR ALTERNATE SERVICE
ON DEFENDANT ARDUINO S.R.L.**

Plaintiff Arduino, LLC ("Plaintiff" or "Arduino"), hereby moves for an Order pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure ("FRCP"), permitting service of the Summons and Complaint upon defendant Arduino S.r.l. f/k/a Smart Projects S.r.l. ("SRL"), an Italian company, by serving its United States counsel Paolo A. Strino of Gibbons P.C. and/or Michael P. Boudett of Foley Hoag LLP at their respective offices in New York City and Boston.

Dated: August 14, 2015						Respectfully submitted,

                 _____/John L. Welch/_____
                 Martin B. Schwimmer (*pro hac vice*)
                 Victoria Polidoro (*pro hac vice*)
                 Lori L. Cooper (*pro hac vice*)
                 LEASON ELLIS LLP
                 One Barker Avenue, Fifth Floor
                 White Plains, New York 10601
                 Telephone: (914) 288-0022
                 Email: Schwimmer@LeasonEllis.com
                 Email: Polidoro@LeasonEllis.com
                 Email: Cooper@LeasonEllis.com

                 John L. Welch BBO#522040
                 LANDO & ANASTASI, LLP
                 One Main Street, 11th Floor
                 Cambridge, Massachusetts 02142
                 Telephone: (617) 395-7000
                 Email: jwelch@lalaw.com

                 *Attorneys for Plaintiff*

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1 (A)(2), counsel for the Plaintiff have conferred with counsel for Defendants, but were unable to reach agreement regarding the motion.

Dated: August 14, 2015                                                                                       /s/ John L. Welch

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 14th day of August, 2015.

                                                                     /John L. Welch/
                                                                 John L. Welch