UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARDUINO, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:15-cv-10181 |
| v. | ) |
| | ) |
| ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10., | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT ARDUINO S.R.L.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3(a) of the United States District Court for the District of Massachusetts, Defendant Arduino S.R.L. f/k/a Smart Projects S.R.L ("Smart Projects") states that it is a subsidiary of Gheo SA, which in turn is a subsidiary of BTCC Holding AG.  No public company owns 10% or more of Smart Projects' stock.

Respectfully submitted,

ARDUINO S.R.L. f/k/a
SMART PROJECTS S.R.L.

By their attorneys,

/s/ *Shrutih Ramlochan-Tewarie*
Michael P. Boudett, BBO No. 558757
Shrutih Ramlochan-Tewarie, BBO No. 685467
Nicole Kinsley, BBO No. 682528
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02210
(617) 832-1000
mboudett@foleyhoag.com
nkinsley@foleyhoag.com
stewarie@foleyhoag.com


Paolo A. Strino (*pro hac vice*)
Wendy R. Stein (*pro hac vice*)
GIBBONS P.C.
One Pennsylvania Plaza
New York, NY 10119
(212) 613-2023
pstrino@gibbonslaw.com
wstein@ gibbonslaw.com


September 25, 2015.

## Certificate of Service

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 25th day of September, 2015.

/s/ *Shrutih Ramlochan-Tewarie*
Shrutih Ramlochan-Tewarie