

## PROCURA DELLA REPUBBLICA
*Ivrea*

N. 40/2015  Reg. Notifiche Estero.

OGGETTO: notifica atto giudiziario penale estero a :

Arduino Srl Via Romano C/se 12 Scarmagno (TO)

AL SIG. MARTIN SCHWMMER. Esq.
Attorney at Law
Leason  Ellis LLP
One Barker Ave Fitth Floor
White Plains
10601   NY
U.S.A.

Si restituisce l'atto trasmesso a questa Procura con nota 10/05/2015 e quivi pervenuto in data 28/07/2015 corredato degli adempimenti riferiti alla notifica effettuata a cura dell'Ufficio Nep del Tribunale di Ivrea a mezzo del servizio Postale in data 11/08/2015 e restituito a questo Ufficio il 29/08/2015.

Notifica positiva.

Ivrea 28/09/2015

D'ordine
Il Procuratore della Repubblica
Dott. Giuseppe FERRANDO

PROCURA DELLA REPUBBLICA

PRESSO IL TRIBUNALE

I V R E A

RG.  40   /15   NOT. ESTERE

OGGETTO: richiesta di assistenza giudiziaria internazionale.

(atto giudiziario estero da notificare)

All'Ufficio Notifiche   Tribunale Ivrea

In ragione della propria competenza per territorio ai sensi dell'art. 11 della legge 367/2001 si trasmette in allegato l'atto proveniente dall'Ufficio Notifiche Corte Appello Roma, proveniente da Martin Schwimmer White Plains 10601 NY (USA).

Per la notifica a ARDUINO srl    res. In Via Romano C/se n°12   Scarmagno (TO).

Si evidenzia, contestualmente, la necessità di eseguire la notifica, possibilmente a mani proprie del destinatario, trattandosi di assistenza giudiziaria internazionale.

Si resta in attesa della restituzione della copia dell'atto debitamente  relazionata.

Ivrea       29/07/2015                                    IL PROCURATORE DELLA REPUBBLICA  FF

Dr. Ruggero Mauro CRUPI



## PROCURA DELLA REPUBBLICA
*Ivrea*

N 10/15 Reg. Notifiche Estero.         Ivrea, 28/7/15

OGGETTO: Notifica atto proveniente dall'estero.

ALL'UFFICIO UNICO NOTIFICHE
Tribunale di    Ivrea

Con preghiera di provvedere alla notifica dell'allegato atto a:

ARDUINO SRL Via Romano c/so 12 SCARMAGNO

Si allega copia dell'autorizzazione del P.M.

Il Funzionario
Dott. Angelo Larla

UFFICIO UNICO DEGLI UFFICIALI GIUDIZIARI
PRESSO LA CORTE DI APPELLO DI ROMA
SEZIONE NOTIFICHE ESTERE
VIALE GIULIO CESARE, 52
00192 ROMA-ITALIA

PROT. 2797



Roma, 20 LUG 2015

R. Not 40/15

Al Signor Procuratore della Repubblica

_10015 Murro_

Si invia ai sensi dell'art. 4 - Legge 6/2/81, n.42, un atto proveniente dall'estero e che deve essere notificato a:

Arduino srl

via Romano 12

10010 Scarmagno (TO)

Si chiede che la S.V. Ill.ma, previa autorizzazione di cui all'art. 71 della Legge n. 218/95, lo invii all'Ufficiale Giudiziario competente per territorio.

Con Osservanza

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

ORIGINALE DA RESTITUIRE
ORIGINAL TO RETURN
ORIGINAL A' RETOURNER

| Identity and address of the applicant<br>Identité et adresse du requérant<br>Martin Schwimmer, Esq.<br>Attorney at Law<br>Leason Ellis LLP<br>One Barker Ave, Fifth Floor<br>White Plains, NY 10601<br>USA<br><br>Phone: +1 914-821-8011<br>Fax: +1 914-288-0023<br>Email: schwimmer@leasonellis.com | Address of receiving authority<br>Adresse de l'autorité destinataire<br>Ufficio Unico Ufficiali Giudiziari<br>presso la Corte d'Appello di Roma<br>Via Viale Giulio Cesare, 59<br>00195 ROME<br>Italia<br><br>Phone: +39 063283 67058<br>Fax: +39 063283 67933<br>Email: unep.ca.roma@giustizia.it |
|---|---|

RESTITUIRE

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Arduino S.r.l.
Via Romano, 12
10010 Scarmagno (TO)
Italia
Phone: +39 0125633702
Email (PEC): smart@smartprojects.it

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\***<br>selon les formes légales (article 5, alinéa premier, lettre a)* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:**<br>selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :<br>_____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\***<br>le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

*List of documents* / Énumération des pièces

- Summons
- First Amended Complaint (with Exhibits)

\* if appropriate / s'il y a lieu

| Done at / Fait à White Plains, NY (USA),<br>The / le 10 Day of May, 2015 | Signature and/or stamp<br>Signature et / ou cachet<br><br>Martin Schwimmer, Esq.<br>Attorney<br>MARTIN SCHWIMMER |
|---|---|

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
que la demande a été exécutée*

| – **the (date)** / le (date): | |
|---|---|
| – **at (place, street, number):** à (localité, rue, numéro) : | |

| – **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) | **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\*** selon les formes légales (article 5, alinéa premier, lettre *a)** |
| ☐ b) | **in accordance with the following particular method\*:** selon la forme particulière suivante* : |
| ☐ c) | **by delivery to the addressee, if he accepts it voluntarily\*** par remise simple* |

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts\*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

***Annexes** / Annexes*

| **Documents returned:** Pièces renvoyées : | |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| **Done at** / Fait à ____, **The** / le ____ | **Signature and/or stamp** Signature et / ou cachet |
|---|---|

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Arduino S.r.l.
Via Romano, 12
10010 Scarmagno (TO)
Italia
Phone: +39 0125633702
Email (PEC): smart@smartprojects.it

## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

Jeanette McGlamery
Moakley United States Courthouse
1 Courthouse Way, Ste. 2300
Boston, MA 02210
USA

Phone: +1 617-748-9559
E-mail: jeanette_mcglamery@mad.uscourts.gov

It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

N° 1805 del cronologico   AVVISO DI RICEVIMENTO dell'atto spedito con racc. n° (vedi retro) dall'U.P. di ......Ivrea......  il 11/8/15

diretto a ...... ARDUINO S.r.l. S.RRAGNO TO ......

| CONSEGNA DEL PLICO A DOMICILIO | MANCATA CONSEGNA DEL PLICO A DOMICILIO | RITIRO IN UFFICIO DEL PLICO NON RECAPITATO |
|---|---|---|
| Dichiaro di aver ricevuto la raccomandata sopra indicata il ................ | **PER RIFIUTO DEL DESTINATARIO** | data 17/8/2015 **Arduino s.r.l.** Sede operativa: ...Via Kennedy 36 - 10019 STRAMBINO (TO)... (firma del destinatario o di chi per esso) Maurizio Conti (controfirma dell'impiegato postale) |
| ☐ Destinatario persona fisica (anche se dichiarata fallita) | ☐ del plico   ☐ di firmare il registro di consegna (9) | |
| ☐ Destinatario persona giuridica (1) ........ | **PER RIFIUTO DELLA PERSONA ABILITATA** | |
| ☐ Curatore fallimentare (2) ........ | Sig. ........ | |
| ☐ Domiciliatario (3) ........ | In qualità di (10) ........ | |
| ☐ Familiare convivente (4) ........ | ☐ del plico   ☐ di firmare il registro di consegna | Bollo da apporre all'atto della consegna |
| ☐ Addetto alla casa (5) ........ | ☐ affisso avviso porta ingresso dello stabile in indirizzo (11) | |
| ☐ Al servizio del destinatario addetto alla ricezione delle notificazioni (6) ........ | ☐ immesso avviso cassetta corrisp. dello stabile in indirizzo (11) | |
| ☐ Portiere dello stabile in assenza del destinatario e delle persone abilitate (7) ........ | **PER TEMPORANEA ASSENZA DEL DESTINATARIO** | (1) Qualità rivestita dal rappresentante legale. (6) Segretario, dipendente, ecc. (7) Via, piazza, corso, n°. |
| ☐ Delegato dal direttore del (8) ........ di ........ | e  mancanza ☐  inidoneità ☐  delle persone abilitate | (2) Di Società per Azioni, in Accomandita per Azioni, a Responsabilità limitata. (8) Carcere, istituto, ospedale, casa di riposo, stabilimento, ecc. |
| ☐ Delegato dal comandante del (corpo e reparto) ........ | ☐ affisso avviso porta ingresso dello stabile in indirizzo (11) | (3) Avvocato, procuratore legale, dominataria persona, determinato ufficio. (9) Equivale al rifiuto del plico, che quindi non viene consegnato. |
| ........ (firma del destinatario o della persona abilitata) | ☐ immesso avviso cassetta corrisp. dello stabile in indirizzo (11) | (10) Vedi note (4) (5) (6) (7) (8). |
| | ☐ **PER IRREPERIBILITÀ DEL DESTINATARIO** | (4) Padre, moglie, nipote, ecc. (11) L'adempimento è prescritto soltanto nel caso di tentato recapito al primo indirizzo. |
| ☐ Analfabeta  ☐ Impossibilitato a firmare | **PLICO DEPOSITATO PRESSO L'UFFICIO** spedita comunicazione di avvenuto deposito (13) con raccomandata n. NO CAB. A.R.160 | (5) Domestico, collaboratore familiare, cameriere, cuoco, persona che convive col destinatario "more uxorio", convivente addetto alla casa. (12) Ai sensi dell'art. 7, legge n. 890/82 e successive modifiche. |
| ☐ Ritirato il plico firmando il solo registro di consegna | sottoscrizione dell'addetto al recapito  data 13.08.2015  firma Vito Licona (?) | (13) Ai sensi dell'art. 8, legge n. 890/82 e successive modifiche. |
| Spedita comunicazione di avvenuta notifica (12) con raccomandata n. ........ del ........ (data e firma dell'addetto al recapito) | | |

**Poste**italiane
Servizio Notificazioni Atti Giudiziari/Amministrativi

**AVVISO DI RICEVIMENTO**
dell'atto spedito con raccomandata

N° 76603284646-1
(Vedi avvertenze per gli uffici)

Mod.04100A - EP2054/EP2055 - Modello 23L - Ed.12/10 - St.[3]

AG
76552209422-4

R.G. 40/15 Mod. Estere

Bollo dell'ufficio di partenza

Our. 140 c/c.

**AVVERTENZE PER GLI UFFICI DI ACCETTAZIONE E DI DISTRIBUZIONE**
L'ufficio di accettazione deve apporre il numero della raccomandata del plico nello spazio in alto a sinistra.
L'ufficio di distribuzione o di destinazione deve restituire in raccomandata il presente avviso.

Bollo dell'ufficio di distribuzione

**AVVISO DI RICEVIMENTO**
da restituire a:        (compilare in stampatello maiuscolo)

PROCURA c/o il Tribunale di IVREA

17.8.15 SCARMAGNO (TO) POSTE ITALIANE

| ORIGINALE | UNEP - TRIBUNALE DI IVREA | 2 | 2 |
|---|---|---|---|

Reg.  1/2015  Modello Abis

Cron.1809 - 1/1

Richiedente **PROCURA DELLA REPUBBLICA DI IVREA**

R.G.  **40/15 ESTERA**

Relazione di notificazione

-8G111809/1

Io sottoscritto Uff./Funz. Giudiziario, addetto al su indicato ufficio, ho notificato il presente atto di ATTO ESTERO a:

**ARDUINO SRL**

VIA ROMANO,12 10010 SCARMAGNO - ITALIA

mediante consegna di copia conforme all'originale a mani: _____

capace e convivente, in busta chiusa e sigillata, che si incarica della consegna in sua precaria assenza.

SCARMAGNO                                                       Il Funzionario Unep LAMANNA IDA     10/8/15

Ud.

**SPECIFICA**

| | |
|---|---|
| Trasferte | € 6,57 |
| Spese | € 0,00 |
| TOTALE | € 6,57 |

Data rich. 31/07/15

Ufficiale Giudiziario

| Atto notificato ai sensi dell'art. | Atto notificato ai sensi dell'art. [X] 140 c.p.c. [ ] 157 c.p.p. co.8 : curato il deposito della copia dell'atto in busta chiusa e sigillata completa di numero di cronologico, nella Casa Comunale di SCARMAGNO, |
|---|---|
| [ ] 139 c.p.c. | [X] per non aver rinvenuto alcuno all'indicato domicilio; |
| [ ] 157 c.p.p. co.3 | [ ] per l'assenza o il rifiuto di persone idonee a cui poter consegnare l'atto ai sensi di legge. |
| Avviso Spedito con Racc. n. _____ | SCARMAGNO il _____   L'Ufficiale Giudiziario _____ |
| SCARMAGNO il _____ | Eseguita Affissione a norma di legge |
| L'Ufficiale Giudiziario | SCARMAGNO il _____   L'Ufficiale Giudiziario _____ |
| | Spedita Racc. A.R. n. _____  11/8/15  L'Ufficiale Giudiziario _____ |
| | N° 76663284616 |

4