UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARDUINO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10., <br><br> Defendants. | Civil Action No. 1:15-cv-10181 |

**EXHIBIT A**
**UNDERTAKING CONCERNING MATERIAL**
**COVERED BY PROTECTIVE ORDER**

UNDERTAKING OF _____

1. I received a copy of the attached Protective Order in this case on _____.

2. I have carefully read and understand the provisions of the Protective Order.

3. I will comply with all of the provisions of the Protective Order.

4. I will hold in confidence, and not disclose to anyone not qualified under the Protective Order, any confidential information or information derived therefrom, including words, substance summaries, abstracts or indices of confidential information disclosed to me.

5. I shall return all materials containing confidential information and summaries,

12

B4493196.1

abstracts, and indices, and copies, which come into my possession, and documents or things which I have prepared relating to confidential information, to counsel for the party who provided the confidential information to me pursuant to the Protective Order.

6. I submit to the jurisdiction of this court for the purpose of enforcement of the Protective Order in this case.

The undersigned acknowledges that violation of the Protective Order may result in penalties for contempt of court.

Name: _____

Job Title: _____

Employer: _____

Business Address: _____

                        _____

                        _____

..................................................        ..................................................

**Date**                              **Signature**