**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARDUINO, LLC,<br><br>*Plaintiff*,<br><br>-v-<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>*Defendants*. | Civil Action No.: 1:15-cv-10181-DJC |

**JOINT NOTICE OF ANTICIPATED SETTLEMENT**
**AND JOINT MOTION TO STAY DISCOVERY DEADLINES**

Plaintiff Arduino, LLC, together with Defendants Arduino S.r.l., Gheo SA, CC Logistics, LLC, Dog Hunter LLC, Gianluca Martino, and Federico Musto,[1] (collectively the "Parties"), submit this Notice of Anticipated Settlement and Motion to Stay Discovery Deadlines.

The Parties hereby inform the Court that they have made substantial progress in reaching an agreement to resolve this matter and are presently working on the provisions of a formal settlement agreement. Upon execution thereof, the Parties shall file a stipulation for dismissal as required by the Local Rules of this Court. In the meantime, the Parties request that the Court stay all deadlines in this Action for a specified period of thirty (30) days. The parties will notify the Court regarding the status of settlement at that time.

---

[1] Not all named defendants were served or have appeared in this matter; upon information and belief, the settlement discussed herein will resolve this matter as to all named defendants.

2

Respectfully submitted,

Dated: April 25, 2016

| | |
|---|---|
| */s/ Michael P. Boudett* | */s/ John L. Welch* |
| Michael P. Boudett BBO#558757 | John L. Welch BBO#522040 |
| Shrutih V. Ramlochan-Tewarie BBO#685467 | Wolf, Greenfield & Sacks, P.C. |
| Foley Hoag LLP | 600 Atlantic Avenue |
| 155 Seaport Boulevard | Boston, Massachusetts 02210-2206 |
| Boston, MA  02210 | Telephone: (617) 646-8000 |
| Telephone:  (617) 832-1000 | Email: John.Welch@WolfGreenfield.com |
| Email: mboudett@foleyhoag.com | |
|         stewarie@foleyhoag.com | Martin B. Schwimmer (*pro hac vice*) |
| | Lori L. Cooper (*pro hac vice*) |
| *Attorneys for Defendants* | LEASON ELLIS LLP |
| | One Barker Avenue, Fifth Floor |
| | White Plains, New York 10601 |
| | Telephone: (914) 288-0022 |
| | Email: Schwimmer@LeasonEllis.com |
| |         Cooper@LeasonEllis.com |
| | |
| | *Attorneys for Plaintiff* |