# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARDUINO, LLC,<br><br>*Plaintiff*,<br><br>-v-<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>*Defendants*. | Civil Action No.: 1:15-cv-10181-DJC |

## JOINT STATUS REPORT

Plaintiff Arduino, LLC, together with Defendants Arduino S.r.l., Gheo SA, CC Logistics, LLC, Dog Hunter LLC, Gianluca Martino, and Federico Musto,[1] (collectively the "Parties"), submit this Joint Status Report in accordance with Your Honor's Order of April 27, 2016 (dkt. 60).

The Parties hereby inform the Court that while they have not finalized a settlement agreement, they have continued to negotiate and make progress. The Parties intend to file to a motion on Tuesday, May 31, 2016 requesting an extension of the stay if additional time is necessary.

---

[1] Not all named defendants were served or have appeared in this matter; upon information and belief, the settlement discussed herein will resolve this matter as to all named defendants.

{08126/609122-000/01502414.1}

Respectfully submitted,

Dated: May 27, 2016

  /s/ Michael P. Boudett         　　　　　　  /s/ Martin B. Schwimmer
Michael P. Boudett BBO#558757　　　　　John L. Welch BBO#522040
Shrutih V. Ramlochan-Tewarie BBO#685467　Wolf, Greenfield & Sacks, P.C.
Foley Hoag LLP　　　　　　　　　　　　600 Atlantic Avenue
155 Seaport Boulevard　　　　　　　　　Boston, Massachusetts 02210-2206
Boston, MA  02210　　　　　　　　　　　Telephone: (617) 646-8000
Telephone:  (617) 832-1000　　　　　　　Email: John.Welch@WolfGreenfield.com
Email: mboudett@foleyhoag.com
　　　　stewarie@foleyhoag.com　　　　　Martin B. Schwimmer (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Lori L. Cooper (*pro hac vice*)
*Attorneys for Defendants*　　　　　　　LEASON ELLIS LLP
　　　　　　　　　　　　　　　　　　　One Barker Avenue, Fifth Floor
　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　Telephone: (914) 288-0022
　　　　　　　　　　　　　　　　　　　Email: Schwimmer@LeasonEllis.com
　　　　　　　　　　　　　　　　　　　　　　　Cooper@LeasonEllis.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

　　　　　　　　　　　　　　　　　　　/s/ Lori L Cooper
　　　　　　　　　　　　　　　　　　　Lori L. Cooper