**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARDUINO, LLC,<br><br>*Plaintiff*,<br><br>-v-<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>*Defendants*. | Civil Action No.: 1:15-cv-10181-DJC |

**MOTION TO EXTEND STAY OF DISCOVERY DEADLINES**

Plaintiff Arduino, LLC respectfully submits this Motion to Extend Stay of Discovery Deadlines.  Plaintiff seeks a further stay of all discovery deadlines through July 8, 2016.

Plaintiff's understanding is that the Judge in the co-pending Italian litigation strongly suggested, and the Parties agreed, to suspend all pending actions against each other, but that Defendants' counsel has not yet received instruction from his clients regarding this motion.

The Parties first sought a joint stay of all deadlines on April 26, 2016 based on their "substantial progress in reaching an agreement to resolve this matter."  Dkt. 60.  Your Honor granted this request with the Order of April 27, 2016.  Dkt. 61.  As reported in the Parties Joint Status Report of May 27, 2016, negotiations are continuing but the agreement has not yet been finalized. Dkt. 63.  Plaintiff now seeks an extension of the stay through July 8, 2016 in order to allow the Parties to continue negotiating a worldwide settlement agreement without the

{08126/609122-000/01504455.1}

distraction and additional burden of litigation. Plaintiff will notify the Court regarding the status

of settlement at that time.

Respectfully submitted,

Dated: June 2, 2016            _/s/ Martin B. Schwimmer_
                               John L. Welch BBO#522040
                               Wolf, Greenfield & Sacks, P.C.
                               600 Atlantic Avenue
                               Boston, Massachusetts 02210-2206
                               Telephone: (617) 646-8000
                               Email:
                               John.Welch@WolfGreenfield.com

                               Martin B. Schwimmer (*pro hac vice*)
                               Lori L. Cooper (*pro hac vice*)
                               LEASON ELLIS LLP
                               One Barker Avenue, Fifth Floor
                               White Plains, New York 10601
                               Telephone: (914) 288-0022
                               Email: Schwimmer@LeasonEllis.com
                                      Cooper@LeasonEllis.com

                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

/s/ Lori L Cooper
Lori L. Cooper