# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARDUINO, LLC,<br><br>              *Plaintiff*,<br><br>  -v-<br><br>ARDUINO S.R.L. f/k/a SMART PROJECTS S.R.L.; GHEO SA; CC LOGISTICS, LLC; MAGYC NOW LTD; DOG HUNTER INC.; DOG HUNTER LLC; DOG HUNTER AG; TULYP HOLDING SA; GIANLUCA MARTINO; FEDERICO MUSTO; and DOES 1-10,<br><br>              *Defendants*. | Civil Action No.: 1:15-cv-10181-DJC |

## STATUS REPORT

Plaintiff Arduino, LLC respectfully submits this Status Report in accordance with Your Honor's Order of August 10, 2016 (dkt. 69).

It is our understanding that the Parties have been negotiating and preparing formal settlement documents and will be meeting tomorrow in Europe to exchange and review the draft documents. The Parties greatly appreciate this Court's patience as they work out the details of this complex, worldwide settlement. Following tomorrow's meeting, Plaintiff intends to file, what we expect at this time to be the final extension of the stay, should it be necessary in order to allow for the final steps of the settlement process to occur.

Counsel for Plaintiff is available to discuss should Your Honor have any questions.

                                          Respectfully submitted,

Dated: August 29, 2016        /s/ *Martin B. Schwimmer*
                                        John L. Welch BBO#522040
                                        Wolf, Greenfield & Sacks, P.C.
                                        600 Atlantic Avenue
                                        Boston, Massachusetts 02210-2206
                                        Telephone: (617) 646-8000
                                        Email: John.Welch@WolfGreenfield.com

                                        Martin B. Schwimmer (*pro hac vice*)
                                        Lori L. Cooper (*pro hac vice*)
                                        LEASON ELLIS LLP
                                        One Barker Avenue, Fifth Floor
                                        White Plains, New York 10601
                                        Telephone: (914) 288-0022
                                        Email: Schwimmer@LeasonEllis.com
                                                    Cooper@LeasonEllis.com

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

                                                                       /s/ Lori L Cooper
                                                                       Lori L. Cooper