**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

ARDUINO, LLC,

*Plaintiff*,

-v-

ARDUINO S.R.L. f/k/a SMART PROJECTS
S.R.L.; GHEO SA; CC LOGISTICS, LLC;
MAGYC NOW LTD; DOG HUNTER INC.; DOG
HUNTER LLC; DOG HUNTER AG; TULYP
HOLDING SA; GIANLUCA MARTINO;
FEDERICO MUSTO; and DOES 1-10,

*Defendants*.

Civil Action No.: 1:15-cv-10181-DJC

## JOINT STATUS REPORT AND MOTION TO STAY

Plaintiff Arduino, LLC, together with Defendants Arduino S.r.l., Gheo SA, CC Logistics, LLC, Dog Hunter LLC, Gianluca Martino, and Federico Musto,[1] (collectively the "Parties"), submit this Joint Status Report and Motion To Stay to update the Court on the Parties' settlement and to seek a further stay of all discovery deadlines through January 20, 2017.

The Parties hereby inform the Court that they have recently signed a settlement agreement. However, the agreement requires the Parties to take various actions over the next few months before executing formal withdrawal of all pending disputes. All of these actions must be completed by January 19, 2017. Therefore, the Parties request that this matter be stayed until January 20, 2017.

---

[1] Not all named defendants were served or have appeared in this matter; upon information and belief, the settlement discussed herein will resolve this matter as to all named defendants.

The Parties expect to file a stipulated dismissal of the case at that time.   Counsel for the

Parties are available to discuss should Your Honor have any questions.


Respectfully submitted,


Dated: October 4, 2016


_____/s/ Michael P. Boudett_____

Michael P. Boudett BBO#558757
Shrutih V. Ramlochan-Tewarie BBO#685467
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA  02210
Telephone:  (617) 832-1000
Email: mboudett@foleyhoag.com
        stewarie@foleyhoag.com

*Attorneys for Defendants*

_____/s/ Martin B. Schwimmer_____

John L. Welch BBO#522040
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Telephone: (617) 646-8000
Email: John.Welch@WolfGreenfield.com


Martin B. Schwimmer (*pro hac vice*)
Lori L. Cooper (*pro hac vice*)
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Telephone: (914) 288-0022
Email: Schwimmer@LeasonEllis.com
        Cooper@LeasonEllis.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

<u>/s/ Lori L Cooper</u>
Lori L. Cooper